02-599 Crim Crt# Oslund 00-25

October 24, 2004

Michael Jay Molzen
Sherburne County Jail
13880 Hwy 10
Elk River, MN 55330

Hon. James M. Rosenbaum
Chief U.S. District Court Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Denial of Access to the Court
Notice of Change of Custody

SCANNED
NOV 04 2004
U.S. DISTRICT COURT ST. PAUL

The Honorable J. M. Rosenbaum:

I am currently being held in the custody of the U.S. Marshall service in Sherburne County Jail through the execution of a Writ of habeas Corpus ad testificandum issued by your court upon the request of attorney ~~Robert~~ Robert Rickman in the criminal trial of Richard Oslund. I was never called or transported to the U.S. courthouse in connection to this trial or writ.

I understand the trial is over. I am concerned as to how this present writ and custody will affect my standing and ability to execute my sentence as provided by your court in 00 CR 25-02 JMR/FLN due to my continued absence from FCI-Oxford.

I have no funds or resources and this transfer of custody does not allow the transfer of funds. I wish to immediately bring my situation formally before this court through a Petition for Habeas Corpus (28 USC 2241) and request for injunctive relief but I am refused copies, necessary postage, and even paper to provide additional petitions to the court in long hand fashion. As such I am being denied full access to the court in order to present a meritorious claim concerning the execution of the sentence of this court in 00 CR 25-02 JMR/FLN

I wish to bring this to your attention and hope you can help expedite a return to FCI-Oxford to allow full execution of your sentence or filing of the necessary petition to do so.

Sincerely,

[signature]