UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CR-25(2)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Jay Molzen | ) | |

This matter is before the Court on defendant's motion for an expansion of the record pursuant to Fed. R. Crim. P. 32.

The Court has reviewed the matter and finds both the Judgment and Commitment Order and the sentence, as imposed, are condign. Accordingly:

Defendant's motion [Docket No. 231] is denied.

Dated: November 18th, 2004

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge