Original

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL JAY MOLZEN,<br>Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | Case No. 00-CR-25-02 (JMR/FLN) |

RECEIVED
BY MAIL
NOV 29 2004
CLERK US DIST COURT
MINNEAPOLIS MN

MOTION FOR RECONSIDERATION

COMES NOW Michael Jay Molzen (Molzen), pro se movant, and respectfully moves this Honorable Court for reconsideration of its November 18, 2004 denial of Molzen's motion for expansion of the record pursuant to F.R.Crim.P. 32.

In support of this motion for reconsideration, Molzen states as follows:

1) Molzen requested relief to expand the record to permit findings of the court to support its ruling in favor of Obstruction of Justice, rather than Reckless Endangerment as proposed by the Government and the Presentence Investigation Report (PSI).

2) Molzen provided that the plain language of F.R.Crim.P. 32 [1] requires that this court's ruling at sentencing, contrary to that recommended by the PSI, be provided on the record and appended to the PSI for forwarding to the Bureau of Prisons (BOP).

---

1 "... At sentencing, the Court: ... must append a copy of the Courts [written] determinations under this rule to any copy of the presentence report made available to the Bureau of Prisons." Rule 32(c)(3)(C), F.R.Crim.P. (1999)

SCANNED
NOV 29 2004
U.S. DISTRICT COURT MPLS

3) Molzen provided Eighth Circuit authority[2] that support this request for expansion of the record and for appending the PSI for use by the BOP. The Eighth Circuit's position require this relief.

4) In its Order, the Court states that it "has reviewed the matter and finds both the judgment and Commitment Order and the sentence, as imposed, are condign."

5) Molzen is aware the Court finds the sentence of 100 months and restitution of $10,000 well deserved, but finds that the request for a record of the Court's findings, to allow the appending of the PSI for BOP consideration, required by Federal Criminal Rule and Eighth Circuit case authority, unaddressed by this Order.

WHEREFORE Molzen respectfully requests that this Honorable Court reconsider its November 18, 2004 Order and provide a ruling addressing the claims of the motion to expand the record, and other requested relief, consistant with the rules of law applicable in this situation as provided by Rule 32, F.R.Crim.P..

Respectfully submitted

November 24, 2004

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 1000
Oxford, WI 53952

---

2 See Poor Thunder v United States, 810 F.2d 817, 822-24 (8th Cir. 1987); United States v Garbett, 867 F2d 1132, 1136 (8th Cir. 1989); United States v Shyres, 647 F.2d 647, 659 (8th Cir. 1990).