CR00-25(2)
JMR/FLN

# CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a copy of the above Motion for Reconsideration was served to the Government through AUSA Lackner by placing it in a sealed envelope, first class postage prepaid, and depositing it in the legal mail receptacle at the institution addressed as follows:

James Lackner, AUSA
600 U.S. Courthouse
300 South Fourth Stree_
Minneapolis, MN 55415

on this 24 day of November, 2004. I declare that the above Motion and Certificate is true and correct, under the penalty of perjury, as provided by 28 U.S.C. § 1746.

Michael Jay Molzen, affiant



SCANNED
NOV 2 9 2004
U.S. DISTRICT COURT MPLS