UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-25(2)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Jay Molzen | ) | |

Defendant asks the Court to reconsider its denial of his motion for expansion of the record pursuant to Fed. R. Crim. Pro. 32. The Court has already considered and rejected defendant's arguments. Accordingly, IT IS ORDERED THAT:

Defendant's motion for reconsideration [Docket No. 245] is denied.

Dated: December 14th, 2004

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge