Original

RECEIVED
BY MAIL
FEB 28 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL JAY MOLZEN,
Movant,

vs.

UNITED STATES OF AMERICA,
Respondent.

Case No. 00-CR-25(02) JMR/FLN

ADDENDUM TO MOTION TO AMEND ORDER OF RESTITUTION

COMES NOW movant Michael Jay Molzen, pro se, and provides the attached restitution provisions of the Judgment in a Criminal Case in 00-CR-25(02).

I, Michael Jay Molzen, declare that this is a true and correct copy of page 4 of the Judgement, providing the provisions of restitution addressed in the Motion to Amend Order of Restitution. I do so under the penalty of perjury as provided by 28 U.S.C. § 1746.

Respectfully submitted,

[signature]
Michael Jay Molzen, affiant

## RESTITUTION AND FORFEITURE

### RESTITUTION

The defendant shall make restitution to the following persons in the total amount of $10,000:

| Name of Payee | Amount of Restitution |
|---|---|
| League of Minnesota Cities Insurance Trust<br>Attn: Darlene Boese<br>145 University Avenue West<br>St. Paul, MN 55104-2044.<br>The Clerk of Court is directed to make the check payable to the City of Lakeville, and include reference no. 11029552. | $3,036.47 |
| Hennepin County Sheriff's Office<br>Attn: Debra J. Bernard<br>C-2000 Government Center<br>300 South 6th Street<br>Minneapolis, MN 55487<br>Claim No.: 42000130, File No.: 00-0084.<br>The Court waives the interest pursuant to 18 U.S.C. § 3612(f)(3). | $6,963.53 |

Payments of restitution are to be made to the Clerk of Court for the District of Minnesota for disbursement to the victims.

Restitution shall be paid as soon as possible.

Payments shall be divided proportionately among the payees named.