UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-25(2)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Michael Jay Molzen | ) | |

Defendant moves to amend the order of restitution in this case.

Based on the files, records, and proceedings herein, defendant's motion [Docket No. 256] is denied.

IT IS SO ORDERED.

Dated: April 11th, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge