UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-25(2) (JMR/FLM)

RECEIVED
BY MAIL
APR 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES OF AMERICA )
)
vs. )
) NOTICE OF APPEAL
)
MICHAEL JAY MOLZEN )

Notice is hereby given that Michael Jay Molzen ("Molzen") in the above named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order denying Molzen's motion for expansion of the record pursuant to Federal Rule of Criminal Procedure 32 entered in this action on November 18, 2004 and the subsequent denial of Molzen's motion for reconsideration of the above denial entered in this action on December 14, 2004, but received by Molzen on April 12, 2005.

Respectfully submitted,

Dated: April 18, 2005

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS