UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-25(2) (JMR/FLN)

RECEIVED BY MAIL
APR 21 2005
CLERK US DIST COURT MINNEAPOLIS MN

UNITED STATES OF AMERICA )
)
vs. ) NOTICE OF APPEAL
)
MICHAEL JAY MOLZEN )

Notice is hereby given that Micheal Jay Molzen ("Molzen") in the above named case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the order denying Molzen's motion to amend the order of restitution in this criminal case entered in this action on April 11, 2005 by United States Chief Judge James M. Rosenbaum.

Respectfully submitted,

Dated: April 18, 2005

Michael Jay Molzen, pro se
Reg. No. 09229-041
P.O. Box 33
Terre Haute, IN 47808

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS