RECEIVED
BY MAIL
APR 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-25(2) (JMR/FLN)

UNITED STATES OF AMERICA )
)
vs. ) CERTIFICATE OF SERVICE
)
MICHAEL JAY MOLZEN )

THIS WILL CERTIFY that the enclosed Notices of Appeals for Docket 231, 245, and 256 have been provided to the government through James Lackner, AUSA by placing them in sealed envelopes, first class postage prepaid, and depositing them in the legal mail receptacle at the institution addressed as follows:

James Lackner, AUSA
U.S. Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

on this 18th day of April, 2005. I, Michael Jay Molzen, declare this true and correct, under the penalty of perjury, as provided by 28 U.S.C. § 1746.

Michael Jay Molzen, affiant

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS