# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-2117/05-2118

| | | |
|---|---|---|
| United States of America, | * | CR00-25(2)JMR/FLN |
| Appellee, | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota |
| Michael Jay Molzen, | * | |
| Appellant. | * | |

## JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that appeal No. 05-2117 is dismissed for lack of jurisdiction as the appeal is untimely.

The court directs that in Case No. 05-2118 the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

(5361-010199)

August 17, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS