UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-591(JMR)
00-CR-25(JMR/FLN)

Michael J. Molzen )
)
v. ) ORDER
)
United States of America )

Petitioner, Michael J. Molzen, moves for review of his sentence, ostensibly pursuant to Federal Rule of Civil Procedure 60(b). Petitioner's motion is more properly characterized as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Petitioner has already filed a petition under § 2255, which was denied on December 6, 2002.

An inmate may not file a successive § 2255 petition without prior authorization from the Eighth Circuit Court of Appeals. 28 U.S.C. §§ 2255 ¶8 & 2244(b)(3); United States. v. Lambros, 404 F.3d 1034, 1036 (8th Cir. 2005) ("It is well-established that inmates may not bypass the authorization requirement of 28 U.S.C. § 2244(b)(3) for filing a second or successive § 2254 or § 2255 action by purporting to invoke some other procedure.") Because Mr. Molzen did not obtain Eighth Circuit authorization to file this motion, it is hereby dismissed. Boyd v. United States, 304 F.3d 813, 814 (8th Cir. 2002).

The Court has also considered whether issuance of a Certificate of Appealability ("COA") is appropriate. See Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997). In that context, the Court concludes that no issue raised is "debatable among reasonable

jurists." Flieger v. Delo, 16 F.3d 878, 882-83 (8th Cir. 1994) (citing Lozado v. Deeds, 498 U.S. 430, 432 (1991) (per curiam)). Defendant has not, therefore, made the "substantial showing of the denial of a constitutional right" necessary for issuance of a COA. 28 U.S.C. § 2253(c)(2).

Accordingly, based on the files, records, and proceedings herein, IT IS ORDERED that:

1. Petitioner's motion for relief pursuant to 28 U.S.C. § 2255 is denied.

2. No Certificate of Appealability will be issued in this matter.

Dated: May 3, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge