RECEIVED
FEB 01 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael Jay Molzen

Docket No. 0:00CR00025-002

**HEARING WAIVER**

I, Michael Jay Molzen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 24 hours of community service, as directed by the probation officer.

Signed:

Michael Jay Molzen

Witness:

Dennis E. Bresnahan

Dated: January 10, 2008

SCANNED
FEB 4 2008
U.S. DISTRICT COURT MPLS