PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Michael Jay Molzen**

**Docket No. 0:00CR00025-002(JMR)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael Jay Molzen** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute Marijuana on November 30, 2000, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug treatment
- Mental health aftercare
- Pay $10,000 in restitution

On February 1, 2008, Your Honor modified his conditions to include 24 hours of community service, for a positive drug test.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**STANDARD CONDITION #7:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On February 7, 2008, the defendant provided a urine specimen which tested positive for the presence of marijuana metabolite.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of two months in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

SCANNED
FEB 21 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 26th day of February, 2008, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on February 19, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission