Prob 49

RECEIVED
FEB 21 200_
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Michael Jay Molzen

Docket No. 0:00CR00025-002

## HEARING WAIVER

I, Michael Jay Molzen, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of two months in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

Signed: ______________________
Michael Jay Molzen

Witness: ______________________
Dennis E. Bresnahan
U.S. Probation Officer

Dated: February 14, 2008

SCANNED
FEB 21 2008
U.S. DISTRICT COURT MPLS